United States District Court
Southern District of Texas

**ENTERED**
May 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ENRIQUE A., JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-122 |
| | § | |
| FRANK BISAGNO, Commissioner of Social Security, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Enrique A., Jr. filed a Complaint seeking review of the Commissioner of the Social Security Administration's decision to deny him disability benefits based on an Administrative Law Judge's finding. After the development of the administrative transcript record, a United States Magistrate Judge ordered dispositive briefing from the parties, which they submitted. (Order, Doc. 9; Plaintiff's Brief, Doc. 11; SSA Brief, Doc. 20)

In April 2026, based on the record and the applicable law, the Magistrate Judge issued a Report and Recommendation recommending that the Court reverse the order of the Administrative Law Judge and remand the case to the Social Security Administration for further consideration of the case consistent with the Magistrate Judge's recommendation. (R&R, Doc. 21) No party objected to the Report and Recommendation.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 21). It is:

1 / 2

**ORDERED** that the final decision of the Commissioner of the Social Security Administration is **REVERSED** and **REMANDED** for further consideration consistent with the adopted Report and Recommendation (Doc. 21).

To the extent that Enrique A., Jr. believes he is entitled to attorneys' fees under 28 U.S.C. § 2412, he shall file a motion for such fees by no later than June 5, 2026.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on May 6, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge